UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVE EIDEN,

        Plaintiff,

    v.

HOME DEPOT USA, INC., dba HOME DEPOT #6609; and HD PROPERTIES OF MARYLAND,

        Defendants.
_____/

NO. CIV. S-04-977 LKK/CMK

O R D E R

In light of plaintiff's cross-motion for summary judgment filed concurrently with their opposition brief, and in order to give the defendants sufficient time to prepare their opposition, hearing on the cross-motions is CONTINUED to December 2, 2005 at 10:00 a.m. in Courtroom No. 4. Defendants' opposition to the cross-motion for summary judgment and their reply in support of their original motion shall be FILED by November 9, 2005.

////

////

1

1 | Plaintiffs shall FILE the reply in support of their cross-motion
2 | by November 16, 2005.
3 |     IT IS SO ORDERED.
4 |     DATED: October 25, 2005

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT