UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,

        Plaintiff,

   v.

PIER 1 IMPORTS (US), INC;
and MELLON/PIER 1 PROPERTIES
LIMITED PARTNERSHIP I,

        Defendants.
_____/

NO. CIV. S-04-633 LKK/CMK

STEVE EIDEN,

        Plaintiff,

   v.

HOME DEPOT USA, INC., dba
HOME DEPOT #6609; and HD
PROPERTIES OF MARYLAND,

        Defendants.
_____/

NO. CIV. S-04-977 LKK/CMK

////

////

1

```
1  BYRON CHAPMAN,
                                            NO. CIV. S-04-1339 LKK CMK
2
           Plaintiff,
3                                           O R D E R
       v.
4
   PIER 1 IMPORTS, et al.,
5
           Defendants.
6                                        /
```

7       The Pretrial Conference in the above-captioned cases were
8  vacated pending the resolution of cross-motions for summary
9  judgment.  The motions have since been resolved and the court sets
10 the following dates for Pretrial Conference:
11 1.   Eiden v. Home Depot, 04-977    **September 18, 2006 at 1:30 p.m.**
12 2.   Wilson v. Pier 1, 04-633       **September 18, 2006 at 2:00 p.m.**
13 3.   Chapman v. Pier 1, 04-1339     **September 18, 2006 at 2:30 p.m.**
14      The parties are referred to the court's Status Orders and the
15 local rules for the timing and contents of their
16 pretrial statements.
17      IT IS SO ORDERED.
18      DATED: July 17, 2006.
19                                    /s/ Lawrence K. Karlton
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
20                                    UNITED STATES DISTRICT COURT

2