1 | LYNN HUBBARD, III, SBN 69773
2 | SCOTTLYNN J HUBBARD IV, SBN 212970
  | LAW OFFICES OF LYNN HUBBARD, III
  | 12 WILLIAMSBURG LANE
3 | CHICO, CA 95926
  | Telephone:  (530) 895-3252
4 | Fax:  (530) 894-8244

5 | Attorneys for Plaintiff

6 | STACEY HERTER, SBN 185366
  | GREENBERG TRAURIG, LLP
7 | 650 Town Center Drive, Suite 1700
  | Costa Mesa, CA 92626
8 | Telephone: (714) 708-6500
  | Fax: (714) 708-6501
9 |
  | Attorney for Defendants
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STEVE EIDEN, | Case No. CIV. S-04-0977-LKK-CMK |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| HOME DEPOT U.S.A., INC. dba HOME DEPOT #6609; HD PROPERTIES of MARYLAND, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, STEVE EIDEN, and defendants, HOME DEPOT U.S.A., INC. dba HOME DEPOT #6609; HD PROPERTIES of MARYLAND, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

////

////

////

Stipulation of Dismissal and [Proposed] Order Thereon                    Eiden v. Home Depot, et al.
                                                                          CIV. S-04-0977-LKK-CMK

Dated: September 11, 2006        LAW OFFICES OF LYNN HUBBARD, III

 /s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: September 8, 2006         GREENBERG TAURIG

 /s/ Stacey Herter
STACEY HERTER
Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-0977-LKK-CMK, is hereby dismissed with prejudice.

Dated: September 13, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT